

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Cameron Anthony Marson,

\* From the 161st District of
  of Ector County,
  Trial Court No. B-43,265.

Vs. No. 11-16-00209-CR

\* August 16, 2018

The State of Texas,

\* Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, J.,
  Gray, C.J., sitting by assignment,
  and Wright, S.C.J., sitting by
  assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we vacate the judgments of the trial court, and we render a judgment of acquittal in both counts.